**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                      No. C 12-215 SI (pr)

STEVEN FULMER,                                 **ORDER OF DISMISSAL**

        Petitioner.
_____/

      This action was opened when the court received from petitioner a letter in which he complained about his sentence and asked for a reduction of it. In an effort to protect his rights, it was filed as a new action. Petitioner was informed that he had not filed a petition, and was given thirty days to do so. He also was notified that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given thirty days to either pay the fee or file the application. A copy of the court's form *in forma pauperis* application was provided with the notice, along with a return envelope. Petitioner never responded to the notice that he needed to file a petition for writ of habeas corpus or to the notice that he needed to file a completed *in forma pauperis* application. This action therefore is DISMISSED without prejudice. The clerk shall close the file.

      IT IS SO ORDERED.

Dated: May 2, 2012
                                                                                   SUSAN ILLSTON
                                                                      United States District Judge