UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                              No. C 12-215 SI (pr)

STEVEN FULMER,                                                         **JUDGMENT**

        Petitioner.
_____/

        This action is dismissed without prejudice.

        IT IS SO ORDERED AND ADJUDGED.

Dated: May 2, 2012                                                     _____
                                                                        SUSAN ILLSTON
                                                                       United States District Judge